IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TINA HULETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CV-714-F |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41, Fed. R. Civ. Proc., hereby stipulate that the above-styled and numbered case is hereby dismissed, with prejudice, and with each party bearing its own costs and attorney fees.

*s/ William A. Gosney*
William A. Gosney, OBA No. 22573
Robert N. Ylla, Jr., OBA No. 17730
WEST & ASSOCIATES
1500 S.W. 104th St., Suite 102
Oklahoma City, OK  73159
Phone: (405) 378-8132
Fax: (405) 378-0711
wgosney@westandassociates.net
rylla@westandassociates.net

ATTORNEYS FOR PLAINTIFF

*s/Andrew M. Bowman*
*(Signed by Filing Attorney with Permission of Defendant's Attorney)*
Larry D. Ottaway, OBA No. 6816
larryottaway@oklahomacounsel.com
Michael T. Maloan, OBA No. 15097
michaelmaloan@oklahomacounsel.com
Andrew M. Bowman, OBA No. 22071
andrewbowman@oklahomacounsel.com
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462

ATTORNEYS FOR DEFENDANT
AMERICAN GENERAL LIFE INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of _____, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Larry D. Ottaway, OBA No. 6816
larryottaway@oklahomacounsel.com
Michael T. Maloan, OBA No. 15097
michaelmaloan@oklahomacounsel.com
Andrew M. Bowman, OBA No. 22071
andrewbowman@oklahomacounsel.com
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462

ATTORNEYS FOR DEFENDANT
AMERICAN GENERAL LIFE INSURANCECOMPANY

*s/William A. Gosney*